IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILLER LEGAL, LLP,
    d/b/a BANNER LEGAL,

    Plaintiff,

Vs.

PETER MILLER, ESQUIRE, et al.,

    Defendants.

Case No.: 1:21-cv-03028-RC

## STIPULATED TEMPORARY RESTRAINING ORDER

The Parties have conferred concerning the Motion of the Plaintiff for a Temporary Restraining Order. The Parties hereby stipulate and agree as follows:

1. For the duration of this Stipulated Temporary Restraining Order, Defendant ARX Management, LLC, a "settlement administrator" for various Roundup cases in which Defendants Peter Miller and Miller DellaFera, PLC ("Miller Defendants") are entitled to receive legal fees, is restrained from paying, and will not pay, any legal fees to the Miller Defendants.

2. For the duration of this Stipulated Temporary Restraining Order, the Miller Defendants will not receive fees from nor request the distribution of fees to themselves from ARX Management, LLC.

3. The duration of this Stipulated Temporary Restraining Order shall be 21 calendar days from the date that it is entered by the Court or until the Parties appear before the Court for a hearing on Plaintiffs' Motion for Preliminary Injunction, whichever period is shorter. (The Parties agree to abide by the restraints described in paragraphs 1 and 2 for the period between the time that this Stipulated Temporary Restraining Order is filed and the time that it is entered as an Order by the Court.)

4.      This Stipulated Temporary Restraining Order is made without prejudice to the rights of any Party to assert defenses or request relief at a hearing on Plaintiffs' Motion for Preliminary Injunction the Preliminary Injunction hearing.

Respectfully submitted,

/s/ *S. James Boumil, Esq.*
S. James Boumil, Esq.
Boumil Law Offices
2 Elm Square, Suite 201A
Andover, MA 01810
Tel: 978-458-0507
sjboumil@boumil-law.com

/s/ *Jeremy C. Shafer, Esq.*
Jeremy C. Shafer, Esq.
Banner Legal
445 Marine View Avenue, Suite 100
Del Mar, CA 92014
Tel: 760-479-5404
jshafer@bannerlegal.com
*Counsel for Plaintiffs*

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By:         /s/ Geoffrey T. Hervey
Geoffrey T. Hervey (DC Bar No. 415907)
7315 Wisconsin Avenue
Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707- telephone
(301) 961-6525- facsimile
Email: ghervey@bregmanlaw.com
*Counsel for Defendants Peter Miller and Miller DellaFera, PLC*

ARX MANAGEMENT, LLC

By: _____/s/__Derek Brown_____
CEO, Authorized agent
1730 El Segundo, CA 90245
Tel: 310-292-0345
Email: brown@arxmgmt.com

SO ORDERED this __29th__ day of __November__, 2021:

_____
United States District Court Judge